# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Goodstein, Aaron E. | 2. Court or Organization<br><br>District Court -E.D. Wisconsin | 3. Date of Report<br><br>05/2/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge - Full-Time (Recall) | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

| 7. Chambers or Office Address<br><br>714 United States Courthouse<br>517 E. Wisconsin Avenue<br>Milwaukee, WI 53202 |
|---|
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodstein, Aaron E. | 05/2/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodstein, Aaron E. | 05/2/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 1. U.S. Bank Savings Accounts | B | Interest | M | T | | | | | |
| 2. 2. IRA #1: | | | | | | | | | |
| 3. a) Cohen & Steers Realty Shares | A | Dividend | | | Sold | 01/16/18 | J | A | |
| 4. b) Proshares S&P 500 Aristocrats ETF | A | Dividend | K | T | | | | | |
| 5. c) I Shares NASDAQ | A | Dividend | | | Sold | 03/28/18 | J | A | |
| 6. d) I Shares MSCI EAFE Small Cap | A | Dividend | J | T | | | | | |
| 7. e) Select Sector SPDR Trust | A | Dividend | J | T | | | | | |
| 8. f) SPDR SER TR | A | Dividend | J | T | | | | | |
| 9. g) Vanguard Mega Cap Growth ETF | A | Dividend | J | T | | | | | |
| 10. h) Cohen & Steers PFD Secs | A | Dividend | J | T | | | | | |
| 11. i) AQR FDS | A | Dividend | | | Sold | 08/07/18 | J | A | |
| 12. j) DoubleLine FDS TR | A | Dividend | J | T | | | | | |
| 13. k) Eaton Vance Atlantic Cap | A | Dividend | J | T | | | | | |
| 14. l) Harding Loevner Funds Inc | A | Dividend | J | T | | | | | |
| 15. m) Pimco Income FD | A | Dividend | J | T | | | | | |
| 16. n) Calamos Invt Tr New Phineus | A | Dividend | J | T | Buy | 03/29/18 | J | | |
| 17. o) Advisors SER TR | A | Dividend | J | T | Buy | 04/26/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Goodstein, Aaron E. | 05/2/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brokerage Account #1: | | | | | | | | | |
| 19. a) Berkshire Hathaway | | None | K | T | | | | | |
| 20. b) JP Morgan TR 1 | A | Interest | J | T | | | | | |
| 21. c) Chevron Corp. | A | Dividend | J | T | | | | | |
| 22. d) Verizon Communications | A | Dividend | | | Sold | 06/20/18 | J | A | |
| 23. e) Cohen & Steers Realty Shares | B | Dividend | | | Sold | 01/16/18 | J | A | |
| 24. f) Proshares S&P 500 Aristocrats ETF | A | Dividend | L | T | | | | | |
| 25. g) Eaton Vance Atlanta Cap | A | Dividend | K | T | | | | | |
| 26. h) IShares NASDAQ | A | Dividend | | | Sold | 03/28/18 | J | A | |
| 27. i) IShares MSCI EAFE Small Cap | A | Dividend | J | T | | | | | |
| 28. j) Select SPDR Trust n/k/a Select Sector SPDR Trust | A | Dividend | J | T | | | | | |
| 29. k) SPDR SER TR | A | Dividend | J | T | | | | | |
| 30. l) Vanguard Mega Cap Growth ETF | C | Dividend | K | T | | | | | |
| 31. m) AQR FDS | A | Dividend | | | Sold | 08/07/18 | J | A | |
| 32. n) Cohen & Steers PFD SECS | A | Dividend | J | T | | | | | |
| 33. o) Doubleline FDS TR | A | Dividend | K | T | | | | | |
| 34. p) Harding Loevner Funds, Inc. | A | Dividend | J | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodstein, Aaron E. | 05/2/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. q) Pimco Income FD | A | Dividend | K | T | | | | | |
| 36. r) Calamos Invt TR New Phineas | A | Dividend | J | T | Buy | 03/29/18 | J | | |
| 37. s) Advisors SER TR | A | Dividend | K | T | Buy | 09/07/18 | K | | |
| 38. Brokerage Account #2 | | | | | | | | | |
| 39. a) Exxon Mobile Corp | A | Dividend | K | T | | | | | |
| 40. b) Johnson & Johnson | A | Dividend | K | T | | | | | |
| 41. c) Simon Property Group Inc, New | B | Dividend | K | T | | | | | |
| 42. d) U.S. Bancorp DE New | A | Dividend | K | T | | | | | |
| 43. e) Universal Health Realty Income Trust Shares Beneficial In | A | Dividend | K | T | | | | | |
| 44. f) Verizon Communications, Inc | A | Dividend | J | T | | | | | |
| 45. g) Washington Mutual Company | A | Dividend | J | T | | | | | |
| 46. h Fidelity National Information Services | A | Dividend | K | T | | | | | |
| 47. i) Walgreen Boots Alliance Inc | A | Dividend | J | T | | | | | |
| 48. j) Washington Prime Group Inc | A | Dividend | J | T | | | | | |
| 49. k) WMI Holdings | A | Dividend | J | T | | | | | |
| 50. l) Proshares S&P 500 Aristocrats ETF | B | Dividend | K | T | | | | | |
| 51. m) IShares NASDAQ | A | Dividend | | | Sold | 03/28/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. n) IShares MSCI EAFE Small Cap | A | Dividend | J | T | | | | | |
| 53. o) Select Sector SPDR Trust | A | Dividend | J | T | | | | | |
| 54. p)SPDR Series Trust | A | Dividend | | | Sold | 11/06/18 | J | A | |
| 55. q) AQR FDS | A | Dividend | | | Sold | 08/07/18 | J | A | |
| 56. r) Cohen &Steers PFD SECS | A | Dividend | J | T | | | | | |
| 57. s Doubleline FDS TR | A | Dividend | K | T | | | | | |
| 58. t) Eaton Vance Atlanta Cap | A | Dividend | J | T | | | | | |
| 59. u) Harding Loevner Fund Inc | A | Dividend | J | T | | | | | |
| 60. v) Pimco Income FD | B | Dividend | K | T | | | | | |
| 61. w) Calamos INVT TR New Phineas | A | Dividend | J | T | Buy | 03/29/18 | J | | |
| 62. Advisors SER TR | A | Dividend | J | T | Buy | 09/07/18 | J | | |
| 63. IRA #2 | | | | | | | | | |
| 64. a) JP Morgan CC | A | Interest | J | T | | | | | |
| 65. b) Cohen & Steers Realty Shares | A | Dividend | | | Sold | 01/16/18 | J | A | |
| 66. c) Proshares S&P500 Aristocrats ETF | B | Dividend | K | T | | | | | |
| 67. d) Vanguard Mega Cap Growth | A | Dividend | J | T | | | | | |
| 68. e) IShares NASDAQ | A | Dividend | | | Sold | 03/28/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodstein, Aaron E. | 05/2/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. f)IShares MSCI EAFE Small Cap | A | Dividend | J | T | | | | | |
| 70. g) Select Sector SPDR Trust | A | Dividend | J | T | | | | | |
| 71. h) SPDR SER TR | A | Dividend | J | T | | | | | |
| 72. i) AQR FDS | A | Dividend | | | Sold | 08/07/18 | J | A | |
| 73. j) Cohen& Steers PFD SECS | A | Dividend | J | T | | | | | |
| 74. k) Doubleline FDS TR | A | Dividend | J | T | | | | | |
| 75. l Eaton Vance Atlanta Cap | C | Dividend | K | T | | | | | |
| 76. m) Harding Loevner Funds Inc | A | Dividend | J | T | | | | | |
| 77. n) Pimco Income FD | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodstein, Aaron E. | 05/2/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.   SPDR Series Trust is identical to SPDR SER TR.  Duplicative entries were deleted throughout this section.

| Name of Person Reporting | Date of Report |
|---|---|
| Goodstein, Aaron E. | 05/2/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Aaron E. Goodstein**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544